IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL JOSEPH MAGRAFF,

    Petitioner,             No. CIV S-07-1750 WBS EFB P

    vs.

ROBERT L. AYERS, et al.,

    Respondent.          ORDER

_____/

    Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

    Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

    The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. L.R. 190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases. Petitioner is hereby notified that in order for this court to review his August 27, 2002 application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information. *See*

1  L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254 Cases.

2  Accordingly, it is ORDERED that:

3  1. Petitioner's request for leave to proceed *in forma pauperis* is granted;

4  2. The August 27, 2007 petition is dismissed with leave to file an amended petition
5  within 30 days of the date of this order;

6  3. Any amended petition must be filed on the form employed by this court and must state
7  all claims and prayers for relief on the form. It must bear the case number assigned to this action
8  and must bear the title "Amended Petition";

9  4. Petitioner is cautioned that failure to file an amended petition pursuant to this order
10 will result in a recommendation that this action be dismissed; and

11 5. The Clerk of the Court is directed to send petitioner the court's form for application
12 for writ of habeas corpus.

13 DATED: January 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE