1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WENDELL JOSEPH MAGRAFF

11              Petitioner,                    No. CIV S-07-1750 WBS EFB P

12        vs.

13   ROBERT L. AYERS, et al.,

14              Respondents.              <u>ORDER</u>

15   _____/

16        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  By order dated January 22, 2010, the court granted petitioner's

18   application to proceed *in forma pauperis* and directed petitioner to submit an amended petition

19   on the proper form provided by the court.  Dckt. No. 5.  Petitioner submitted an amended petition

20   on February 17, 2010.

21        Examination of the amended petition and the court's records reveals that petitioner has

22   raised challenges to the same conviction (Solano County Case No. VCR 171913) in an earlier

23   petition to this court, Case No. CIV S-07-1121 LKK KJM.  Pursuant to Local Rule 190(d), the

24   above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the

25   prior petition.  This action does not effect consolidation of the actions.

26   ////

1

Accordingly, it is hereby ordered that:

1.  This action is reassigned to Judge Lawrence K. Karlton and Magistrate Judge Kimberly J. Mueller for all further proceedings; henceforth the caption on documents filed in this action shall be shown as No. CIV S-07-1750 LKK KJM; and

2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  June 16, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2